UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

NATHAN WILLIAMS,

        Plaintiff,

v.

SGT. ALLEN, *et al,*

        Defendants.

Case No. 2:17-cv-01612-RFB-DJA

**ORDER TO PRODUCE FOR VIDEOCONFERENCE NATHAN WILLIAMS, #77356**

TO:    JEREMY BEAN, ASSOCIATE WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **NATHAN WILLIAM, #77356**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada..

**IT IS HEREBY ORDERED** that the Associate Warden of High Desert State Prison or his designee, shall arrange for and produce **NATHAN WILLIAM, #77356** on or about December 2, 2022 at the hour of 11:00 a.m., for a Video Status Conference Hearing by zoomgov technology in this instant matter and arrange for his appearance on said date as ordered and directed by the Court in the entitled matter until **NATHAN WILLIAM, #77356** is released and discharged by the said Court; and that **NATHAN WILLIAM, #77356,** shall thereafter be returned to the custody of the Associate Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 22nd day of November, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**