UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

NATHAN WILLIAMS,

    Plaintiff,

v.

SGT. ALLEN, *et al*,

    Defendants.

Case No. 2:17-cv-01612-RFB-DJA

**ORDER TO PRODUCE FOR VIDEOCONFERENCE NATHAN WILLIAMS, #77356**

TO: BRIAN WILLIAMS, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **NATHAN WILLIAMS, #77356**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison or his designee, shall arrange for and produce **NATHAN WILLIAMS, #77356** on or about March 23, 2023 at the hour of 8:30 a.m., for a Video Status Conference Hearing by zoomgov technology in this instant matter and arrange for his appearance on said date as ordered and directed by the Court in the entitled matter until **NATHAN WILLIAMS, #77356** is released and discharged by the said Court; and that **NATHAN WILLIAMS, #77356,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 8th day of February, 2023.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**