# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Nathan Williams,<br><br>                Plaintiff,<br><br>v.<br><br>Sgt. Allen; et al.,<br><br>                Defendants. | Case No. 2:17-cv-01612-RFB-DJA<br><br>**Order** |

Plaintiff's pro bono counsel—Alina M. Shell, Esq.—has moved to withdraw her representation of Plaintiff Nathan Williams, explaining that counsel and Mr. Williams have experienced a breakdown in communication and Mr. Williams has requested that Ms. Shell withdraw.  (ECF No. 101).  Ms. Shell further explains that discovery has closed and there is pending pretrial deadlines or a trial setting, so there will be no delay.  (*Id.*).  Finally, Ms. Shell also requests that the Court remove Mr. Jeffrey F. Barr as counsel of record because Mr. Barr only appeared in this case as a temporary measure to help Ms. Shell when she was on medical leave.  (*Id.*).  She explains that Mr. Barr has not communicated with Mr. Williams about the case and has not performed any work on the matter.  (*Id.*).  No party has responded to the motion to withdraw.

Under Local Rule ("LR") IA 11-6(b), "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel."  LR IA 11-6(b).  Under Local Rule 7-2(d) the failure of a party to oppose a motion constitutes that party's consent to the granting of the motion.  The Court finds that Plaintiff's counsel has met the requirements of LR IA 11-6(b).  And no party has responded, constituting consent to the granting of the motion.

///

**IT IS THEREFORE ORDERED** that Alina M. Shell, Esq.'s motion to withdraw is **granted**. The Clerk of Court is kindly directed to remove Alina M. Shell, Esq. and Jeffrey F. Barr, Esq. as counsel of record and from the electronic service list for this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address and email address of Plaintiff to the civil docket and send a copy of this Order to Plaintiff's last known address:

Nathan Williams

77356

High Desert State Prison

P.O. Box 650

Indian Springs, NV 89070-0650

DATED: August 7, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE