Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
Pennsylvania State Bar No. 332919
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org


*Attorney for Plaintiff Nathan Williams

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Nathan Williams, | |
| Plaintiff, | Case No. 2:17-cv-01612-RFB-DJA |
| v. | **Joint Motion to Extend Deadline for Filing of Proposed Schedule** |
| Sgt Allen, *et al.*, | |
| Defendants. | |

On April 15, 2026, this Court held a status conference and directed the parties to "meet and confer to develop a litigation schedule for this matter." ECF No. 124.

Newly appointed counsel for Mr. Williams has met with his client and reviewed the lengthy docket in this matter. Counsel requested and was provided prior discovery exchanged in this matter from Defendants' counsel. Counsel is also obtaining the file from Mr. Williams' prior counsel, which he expects to receive in the near future (the process has been delayed by the fact that the Las Vegas branch of prior counsel's firm is no longer in operation).

Based on his review, Mr. Williams' counsel is seeking to resolve several issues regarding discovery in this case. Counsel for both parties met and conferred about these issues, and Defendants' counsel agreed to voluntarily provide some additional information.

The parties would respectfully request the court extend the deadline for filing a proposed schedule to be extended for an additional 31 days. Notwithstanding his diligent efforts to review this case, counsel for Mr. Williams is still seeking to determine whether it is in his client's interest for this case set for trial, or whether there is a need and basis to seek additional discovery. The parties are mindful of the age of this case but believe that an additional 31 days will give Mr. Williams' counsel time to obtain and review additional information, and give the parties an opportunity to resolve disputes in good faith without resorting to unnecessary litigation and to allow this case to expeditiously proceed.

As such, the parties request that the deadline for submitting a proposed scheduling order be extended 31 days, until June 1, 2026.

Dated May 1, 2026.

Aaron D. Ford
Attorney General

/s/ Douglas Rands
Douglas Rands
Senior Deputy Attorney General

Rene L. Valladares
Federal Public Defender

/s/ Ryan Norwood
Ryan Norwood
Assistant Federal Public Defender

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
U.S. DISTRICT JUDGE

Dated: May 11, 2026.

2