Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
Pennsylvania State Bar No. 332919
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org

*Attorney for Plaintiff Nathan Williams

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Nathan Williams,<br><br>    Plaintiff,<br><br>    v.<br><br>Sgt Allen, *et al.*,<br><br>    Defendants. | Case No. 2:17-cv-01612-RFB-DJA<br><br>**Joint Motion to Extend Deadline for Filing of Proposed Schedule (Second Request)** |

On April 15, 2026, this Court held a status conference and directed the parties to "meet and confer to develop a litigation schedule for this matter." ECF No. 124.

As noted in the prior joint motion to extend this deadline, the parties have conferred and Defendants have provided Mr. Williams' new counsel discovery. Counsel for Mr. Williams is seeking to determine whether it is in his client's interest for this case to be set for trial, or whether there is a need and basis to seek additional discovery. Before resorting to unnecessary litigation the parties are seeking to resolve their disputes in good faith.

Although the parties have continued to confer and work diligently to resolve disputes, Defendants' counsel is currently out of the office on vacation and will not return until June 3. As such, the parties request that the deadline for submitting a proposed scheduling order be extended and additional 11 days, until June 12, 2026.

Dated June 1, 2026.

| | |
|---|---|
| Aaron D. Ford<br>Attorney General | Rene L. Valladares<br>Federal Public Defender |
| /s/ Randall Gilmer | /s/ Ryan Norwood |
| On Behalf of:<br>Douglas Rands<br>Senior Deputy Attorney General | Ryan Norwood<br>Assistant Federal Public Defender |

IT IS SO ORDERED:

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 6/5/2026

2