Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
Pennsylvania State Bar No. 332919
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org

*Attorney for Plaintiff Nathan Williams

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Nathan Williams,<br><br>    Plaintiff,<br><br>    v.<br><br>Sgt Allen, *et al.*,<br><br>    Defendants. | Case No. 2:17-cv-01612-RFB-DJA<br><br>**Joint Motion to Extend Deadline for Filing of Proposed Schedule (Third Request)** |

On April 15, 2026, this Court held a status conference and directed the parties to "meet and confer to develop a litigation schedule for this matter." ECF No. 124.

The parties have since conferred on multiple occasions. Defendants have provided counsel with the discovery previously exchanged between the parties, and have recently voluntarily provided a supplemental disclosure.

After review and discussion, the parties have narrowed their potential disputes to several prior discovery requests from plaintiff that were not met, or that were previously objected to. However, the parties have engaged in fruitful

negotiation and believe that some of these matters may be resolved short of litigation. Defendants' counsel hopes to make an additional supplemental disclosure and obtain more information within the next several weeks.

The parties believe an additional 30 days would be helpful in narrowing, or eliminating, disputed issues prior to submitting a proposed litigation schedule. Plaintiff's counsel would also like additional time to meet in person with his client – a visit is set for the week of June 22. The parties also believe this time would be useful in determining whether the case could be settled.

As such, the parties request that the deadline for submitting a proposed scheduling order be extended 31 days, until July 13, 2026.

Dated June 12, 2026.

| | |
|---|---|
| Aaron D. Ford | Rene L. Valladares |
| Attorney General | Federal Public Defender |
| | |
| /s/ Douglas Rands | /s/ Ryan Norwood |
| Douglas Rands | Ryan Norwood |
| Senior Deputy Attorney General | Assistant Federal Public Defender |

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 6/15/2026

2