Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
Pennsylvania State Bar No. 332919
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org

*Attorney for Plaintiff Nathan Williams

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Nathan Williams,

Plaintiff,

v.

Sgt Allen, *et al.*,

Defendants.

Case No. 2:17-cv-01612-RFB-DJA

**Joint Motion to Extend Deadline for Filing of Proposed Schedule (Fourth Request)**

On April 15, 2026, this Court held a status conference and directed the parties to "meet and confer to develop a litigation schedule for this matter." ECF No. 124.

The parties have since regularly conferred about this case. Defendants have provided counsel with the discovery previously exchanged between the parties, and have voluntarily provided supplemental disclosures. Since the most recent report submitted last month, Defendants' counsel have made multiple inquiries with NDOC and provided information that has been helpful in narrowing and resolving

disputes. Defendants' counsel is currently seeking information about the cameras in the unit where the incident happened.

Plaintiff's counsel had planned to meet with his client in person on June 22, but had to reschedule that meeting due to a last-minute conflict that arose. Plaintiff's counsel is hoping to meet with his client within the next 30 days.

Plaintiff's counsel has also submitted a demand to the Defendants, and the parties hope to determine soon whether a settlement can be reached, and whether a settlement conference might be helpful.

For all these reasons, the parties believe an additional 30 days would be helpful in narrowing, or eliminating, disputed issues prior to submitting a proposed litigation schedule, and in determining whether the case might be resolved. This request is sought in good faith and justified by good cause.

The parties accordingly request that the deadline for submitting a proposed scheduling order be extended 30 days, until August 12, 2026.

Dated July 13, 2026.

Aaron D. Ford
Attorney General

*/s/ Douglas Rands*
Douglas Rands
Senior Deputy Attorney General

Rene L. Valladares
Federal Public Defender

*/s/ Ryan Norwood*
Ryan Norwood
Assistant Federal Public Defender

IT IS SO ORDERED:

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/16/2026