Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
Pennsylvania State Bar No. 332919
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org

*Attorney for Plaintiff Nathan Williams

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Nathan Williams,

Plaintiff,

v.

Sgt Allen, *et al.*,

Defendants.

Case No. 2:17-cv-01612-RFB-DJA

**Joint Motion to Extend Deadline for Filing of Proposed Schedule (Fifth Request)**

On April 15, 2026, this Court held a status conference and directed the parties to "meet and confer to develop a litigation schedule for this matter." ECF No. 124.

The parties have since regularly conferred about this case. Defendants have provided counsel with the discovery previously exchanged between the parties, and have voluntarily provided supplemental disclosures. Defendants' counsel have made multiple inquiries with NDOC and provided information that has been helpful in narrowing and resolving disputes. Plaintiff's counsel has met in person with his client.

Prior to the last extension request, Defendants' counsel agreed to provide information about the cameras in the unit where the incident happened. Defendants' counsel has not yet been able to obtain this information. The parties believe this information would be helpful in clarifying whether there are any issues to be litigated, and whether the case should be set for trial or a settlement conference.

For all these reasons, the parties believe an additional 30 days would be helpful in narrowing, or eliminating, disputed issues prior to submitting a proposed litigation schedule, and in determining whether the case might be resolved. This request is sought in good faith and justified by good cause.

The parties accordingly request that the deadline for submitting a proposed scheduling order be extended 30 days, until September 11, 2026.

Dated August 12, 2026.

Aaron D. Ford
Attorney General

*/s/ Douglas Rands*
Douglas Rands
Senior Deputy Attorney General

Rene L. Valladares
Federal Public Defender

*/s/ Ryan Norwood*
Ryan Norwood
Assistant Federal Public Defender

IT IS SO ORDERED:

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 8/13/2026