Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
Pennsylvania State Bar No. 332919
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org

*Attorney for Plaintiff Nathan Williams

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Nathan Williams,<br><br>Plaintiff,<br><br>v.<br><br>Sgt Allen, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-01612-RFB-DJA<br><br>**Stipulation Regarding Substitution of Counsel** |

Pursuant to LR IA 11-6(c) it is hereby stipulated that the Federal Public Defender of Nevada, by and through Assistant Federal Public Defender Ryan Norwood, will withdraw as counsel from this case and that Attorney Paola M. Armeni will substitute as counsel for Plaintiff Nathan Williams. Attorney Armeni's information is as follows:

Attorney Paola M. Armeni,
Nevada Bar No. 8357
CLARK HILL
1700 S. Pavillion Center Drive, Ste. 500 Las Vegas, NV 89135
Phone (702) 697-7509
Fax (702) 778-9709
parmeni@clarkhill.com

Signed:

9/15/26

Ryan Norwood
*Counsel for Nathan Williams*

Date

*/s/ Paola Armeni*

09/15/26

Paola Armeni
*Counsel for Nathan Williams*
*in conjunction with the Legal Aid Center*
*of Southern Nevada*

Date

I consent to the above substitution

9-15-26

Nathan Williams
*Plaintiff*

Date

**ORDER**

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATE: September 18, 2026