Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
Pennsylvania State Bar No. 332919
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org

*Attorney for Plaintiff Nathan Williams

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Nathan Williams,

Plaintiff,

v.

Sgt Allen, *et al.*,

Defendants.

Case No. 2:17-cv-01612-RFB-DJA

**Stipulation to Extend Deadline for Filing of Proposed Schedule (Seventh Request)**

On April 15, 2026, this Court held a status conference and directed the parties to "meet and confer to develop a litigation schedule for this matter." ECF No. 124.

The parties have since regularly conferred about this case. Defendants have provided counsel with the discovery previously exchanged between the parties, and have voluntarily provided supplemental disclosures. Defendants' counsel have made multiple inquiries with NDOC and provided information. Plaintiff's counsel has met in person with his client. The parties have had an ongoing productive and good faith discussion and exchange of information that has been helpful and

narrowing potential disputes and that will likely avoid unnecessary litigation and delay down the road.

Most recently, a stipulation was filed under which Attorney Paola Armeni would substitute as counsel for further proceedings.[1]

On September 17, 2026, undersigned counsel conferred with Senior DAG Rands and Attorney Armeni. DAG Rands confirmed that requested video footage, which has been referred to in prior extension requests, should be sent shortly to the plaintiff's counsel.

The parties agreed that a further extension would be helpful. Additional time will be needed to review the video footage and determine if any follow-up is necessary. Additional time is also needed because of Attorney Armeni's schedule in October (with preparation in September) and November, as she has two felony trials set in the Eighth Judicial District Court, one commencing on October 26, 2026 and the other on November 16, 2026. Further, she has a Judicial Disciplinary Commission Hearing set the week of October 19, 2026. Additionally, she has several professional and personal commitments that were arranged prior to her involvement in this case.

The parties respectfully stipulate and request that the deadline for submitting a litigation schedule be set out 90 days to allow the parties sufficient time to review new information, familiarize themselves with the case, and continue to resolve matters without resorting to litigation. This extension is justified by good cause, and is not sought for any improper purpose or for delay.

Dated September 17, 2026.

Aaron D. Ford
Attorney General

Rene L. Valladares
Federal Public Defender

---

[1] As the Court has not yet ruled on the stipulation it is signed by both undersigned counsel with the Federal Defender and Attorney Armeni.

*/s/ Douglas Rands*
Douglas Rands
Senior Deputy Attorney General

*/s/ Ryan Norwood*
Ryan Norwood
Assistant Federal Public Defender

*/s/ Paola Armeni*
Paola Armeni
Attorney for Plaintiff

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: September 18, 2026